IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID ROSARIO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-cv-00127-CB-PLD |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| LIEUTENANT HOLLOWOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 14, 2025, the Magistrate Judge issued a Report (Doc. 72) recommending that Plaintiff's Motion (Doc. 63) to reopen this case be denied. Service of the Report and Recommendation ("R&R") was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Plaintiff's Motion (Doc. 63) to reopen is **DENIED**, and the R&R (Doc. 72) is adopted as the Opinion of the District Court.

The merits ruling aside, it appears that Plaintiff has failed to keep current his address of record in this case. His new address, as reflected in a more recently filed case and on the Pennsylvania Inmate Locator website, appears to be the one identified the "cc" section, below. As a one-time courtesy, the Court will send one copy of this Order to Plaintiff's address of record, and one copy to his apparent new address.

**For all current and future cases brought by Plaintiff in this Court, Plaintiff is solely responsible for keeping current and accurate his address of record**.  Should his address change, Plaintiff must promptly file with the Clerk of Court a "notice of change of address" under the caption of each case in which he intends to proceed.  The filing must be made in each case, under a separate case caption.  **The listing of multiple case numbers on a single submission is prohibited**, and the Clerk's Office will disregard any submission listing more than one case number.

Should Plaintiff fail to receive any court filing as a result of noncompliance, the failure will not be excused.[1]  If filings mailed to Plaintiff's address of record are "returned to sender," because his address is outdated or incorrect, the Court and parties owe no duty of investigation.  If Plaintiff's non-receipt results in his failure to timely comply with court orders, or to respond to the filing(s) of other parties, the case may be dismissed for failure to prosecute.

IT IS SO ORDERED.


June 13, 2025                                       s/Cathy Bissoon
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via ECF email notification):

   All Counsel of Record

---

[1] *See generally* Peterson v. Glunt, 2011 WL 6955812, *2 (W.D. Pa. Dec. 8, 2011) (collecting cases).

cc (via First-Class U.S. Mail):

    David Rosario        (*address of record*)
    NL-4512
    SCI Somerset
    1590 Walters Mill Road
    Somerset, PA  15510-0001

    David Rosario        (*apparent current address, from* 2:25-cv-00483-CB-PLD
    NL4512                 *and as identified in the PA Inmate Locator website*)
    SCI Forest
    P.O. Box 945
    286 Woodland Drive
    Marienville, PA  16239